KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CV 00-12464-GHK (FFMx) |
| Plaintiff, | ) ) | [PROPOSED] ORDER VACATING DEBTOR'S EXAMINATION |
| vs. | ) ) ) | |
| ANITA E. ARNOLD, AKA ANITA E. COOK, | ) ) ) | Date:  November 18, 2014 Time: 10:00 a.m. Ctrm: E |
| Defendant. | ) ) ) | |

The debtor's examination of defendant, ANITA E. ARNOLD, AKA ANITA E. COOK currently set for November 18, 2014 at 10:00 a.m. is hereby vacated.

IT IS SO ORDERED:

DATE: November 4, 2014

/S/ FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE
FREDERICK F. MUMM